1018

THE STATE OF WASHINGTON, *Respondent*, v. GAVINO
DELEON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 90-1-00948-5, Thomas A. Swayze, Jr., J., entered
February 19, 1991, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 32365-2-I. Division One. September 7, 1993.]

STEVE GOURAS, ET AL, *Respondents*, v. UNITED FOOD AND
COMMERCIAL WORKERS INTERNATIONAL,
LOCAL 1105, ET AL, *Petitioners*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-20761-3, Nancy A. Holman, J., entered
February 16, 1993. *Reversed* by unpublished per curiam
opinion.

[Nos. 31320-7-I; 28091-1-I. Division One. September 7, 1993.]

CHRISTDOSS THOMAS, ET AL, *Respondents*, v. WILLIAM B.
PERRY, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 88-2-02024-8, Donald D. Haley, J., entered
August 27, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Scholfield, J.